No. 980.   WOMBLE *v.* UNITED STATES.

April 23, 1945.   *Per Curiam:* The petition for writ of certiorari is granted.   The judgment is reversed for want of substantial evidence to sustain the conviction.   Dissenting: MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS.   *Mr. Nathaniel A. Brown* for petitioner.   *Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Messrs. Robert S. Erdahl* and *Leon*

*Ulman* for the United States.